1  CENTER FOR DISABILITY ACCESS
2  Amanda Seabock, Esq., SBN 289900
   Chris Carson, Esq., SBN 280048
3  Dennis Price, Esq., SBN 279082
   Russell Handy, Esq., SBN 195058
4  8033 Linda Vista Road, Suite 200
   San Diego, CA 92111
5  (858) 375-7385
   (888) 422-5191 fax
6  phylg@potterhandy.com

7  Attorneys for Plaintiff, SAMUEL LOVE

8                    UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA

10 | SAMUEL LOVE,                        ) Case No.: 4:19-CV-05392-KAW
11 |        Plaintiff,                   )
   |                                     ) **NOTICE OF SETTLEMENT AND**
12 |    v.                               ) **REQUEST TO VACATE ALL**
   |                                     ) **CURRENTLY SET DATES**
13 | HOANG TRINH;                        )
   | OANH TRAN;                          )
14 | HUNG M. LE; and Does 1-10,          )
   |                                     )
15 |        Defendants.                  )

17    The plaintiff hereby notifies the court that a global settlement has been reached in
18 the above-captioned case and the parties would like to avoid any additional expense,
19 and to further the interests of judicial economy.
20    The plaintiff, therefore, applies to this Honorable Court to vacate all currently set
21 dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all
22 parties will be filed within 60 days.

23 Dated: October 03, 2019         CENTER FOR DISABILITY ACCESS

25                                  By: /s/ Amanda Lockhart Seabock
                                         Amanda Lockhart Seabock
26                                       Attorneys for Plaintiff